FILED

-3 MAR 04 PM 3: 55

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

PAUL M. WARNER, United States Attorney (#3389)
ELIZABETHANNE C. STEVENS, Assistant United States Attorney (#7514)
Attorneys for the United States of America
185 South State Street, #400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **Judge Paul G. Cassell**<br>**DECK TYPE: Criminal**<br>**DATE STAMP: 03/03/2004 @ 15:44:15**<br>**CASE NUMBER:  2:04CR00129  PGC** |
| Plaintiff, | : | |
| | | F E L O N Y |
| vs. | : | I N F O R M A T I O N |
| JOSHUA LINSK, | : | VIOLATION: 18 U.S.C. § 875 |
| | | (EXTORTION BY THREAT TO |
| Defendant. | : | REPUTATION) |

The United States Attorney charges:

COUNT 1

On or about July 25, 2001, in the Central Division of the
District of Utah and elsewhere,

JOSHUA LINSK,

defendant herein, with intent to extort money from a person,
firm, association, and corporation, did transmit in interstate
commerce communications containing threats to injure the
reputation of a Utah company, to wit, LINSK threatened to

disclose certain information that LINSK believed would harm the company's reputation if the company did not pay LINSK $850 (eight hundred and fifty dollars);

All in violation of Title 18, United States Code, Section 875(d).

PAUL M. WARNER
United States Attorney


ELIZABETHANNE C. STEVENS
Assistant United States Attorney